IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-662-GCM

| | | |
|---|---|---|
| ROBERT RANSOM, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| PAUL K. JASZEWSKI, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Eric Bland,** filed January 16, 2015 [doc. # 6].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Bland is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Robert Ransom.

**IT IS SO ORDERED.**

Signed: January 23, 2015

Graham C. Mullen
United States District Judge