# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:14-CV-662-GCM

|  |  |  |
|---|---|---|
| | ) | |
| **ROBERT RANSOM,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **PAUL K. JASZEWSKI,** | ) | |
| **Defendant.** | ) | |
| | ) | |

 

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Ronald Richter,** filed January 16, 2015 [doc. # 7].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Richter, is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Robert Ransom.

**IT IS SO ORDERED.**

Signed: January 23, 2015

Graham C. Mullen
United States District Judge